UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VIRGINIA IRIS HUSS, | ) |
| *Plaintiff,* | ) ) |
| vs. | ) No. 1:23-cv-01435-JMS-MKK ) |
| SHARKNINJA OPERATING LLC, | ) ) |
| *Defendant.* | ) ) |

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendant, such that Plaintiff shall take nothing by way of her Amended Complaint.

Date: 1/21/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**

1